IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DENNIS WEESE, individually and on behalf of all other similarly situated** | * * * * * * | **DOCKET NO. 2:11-cv-01086**<br><br>**JUDGE: Hon. Ivan L.R. Lemelle**<br><br>**MAG: Hon. Karen W. Roby** |
| **versus** | * * | |
| **THE PALM'S CASINO AND TRUCK STOP, INC.** | * * | **CLASS ACTION** |
| * * * * * * * * * * * * * * * * * * * * * | | |

**O R D E R**

Considering the foregoing **JOINT MOTION TO DISMISS ALL CLAIMS AND PARTIES**:

**IT IS SO ORDERED** that the motion be **GRANTED**, and the above captioned lawsuit, including all claims, class action claims, counter claims and third party demands, be and hereby are dismissed with prejudice.

**NEW ORLEANS, LOUISIANA**, ___8th___ day of __November__, 2011.

_____
**UNITED STATES DISTRICT COURT**